Andrew P. Caputo, SBN 203655
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 20th Fl.
San Francisco, CA  94104
Telephone:  (415) 875-6100
Fax:  (415) 875-6161
E-mail:  Dcaputo@nrdc.org; Dnewman@nrdc.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | Case No.  C 01-0421 JL |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |
| DONALD EVANS, Secretary of Commerce, et al., | |
| Defendants. | |

This Court, having considered Plaintiff's Motion for Withdrawal of Counsel, hereby GRANTS the motion and ORDERS that Andrew P. Caputo is withdrawn as counsel in this matter.

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL – Case No. C 01-0421 JL**

1     IT IS SO ORDERED.

*[Signature and seal: IT IS SO ORDERED, Judge James Larson, United States District Court, Northern District of California]*

THE HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

Dated: March 17, 2006

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL – Case No. C 01-0421 JL**