Laura Pagano, SBN 244079
Selena Kyle, SBN 246069, admission to the N.D.Cal. pending
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Telephone: (415) 875-6100
Fax:  (415) 875-6161

Aaron Colangelo, admission *pro hac vice* pending
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | Case No.  C 01-0421 JL |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON NRDC'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT** |
| v. | |
| CARLOS M. GUTIERREZ, Secretary of Commerce, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties hereby file a stipulated request for the Court to issue an order shortening time for briefing and hearing on plaintiff Natural Resources Defense Council's ("NRDC's") motion for leave to amend or supplement its complaint.

NRDC seeks to amend its complaint to challenge Amendment 16-4 to the Pacific groundfish fishery management plan.  NMFS published its approval of Amendment 16-4 in the Federal Register on December 29, 2006.  71 Fed. Reg. 78638 (Dec. 29, 2006).  Under the Magnuson-Stevens Fishery Conservation and Management Act ("Magnuson-Stevens Act"),

**STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON NRDC'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT – Case No. C 01-0421 JL**

there is a 30-day statute of limitations. 16 U.S.C. § 1855(f)(1). Accordingly, and as explained in the accompanying Declaration of Laura Pagano, NRDC is requesting a ruling on its motion for leave to amend prior to the expiration of this 30-day period on January 28, 2007. NRDC apologizes to the Court and opposing counsel for this compressed timeframe, which is necessitated by the extremely short statute of limitations.

Defendants National Marine Fisheries Service <u>et al.</u> ("NMFS") may oppose NRDC's motion for leave to amend but have stipulated to a compressed briefing schedule and early hearing date on the motion in the event that a hearing is necessary, if such a schedule is acceptable to the Court. That proposed schedule is as follows:

| | |
|---|---|
| NMFS's Response to Motion for Leave to Amend: | January 12, 2007 |
| NRDC's Reply: | January 17, 2007 |
| Hearing Requested for: | January 24, 2007 at 9:30 a.m. |

While the Parties do not anticipate the need for a hearing on this matter, NMFS' counsel respectfully requests permission to appear telephonically at the January 24 hearing, if a hearing is deemed necessary. Plaintiff's counsel intends to appear in person if a hearing is deemed necessary but consents to NMFS' counsel's request to appear telephonically.

The parties respectfully request that the Court adopt this schedule on the motion for leave to amend. By stipulating to this schedule, counsel for NMFS does not endorse or adopt any of the contents of the Declaration of Laura Pagano.

**STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON NRDC'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT – Case No. C 01-0421 JL**

Respectfully submitted,

| | |
|---|---|
| *s/Laura Pagano* | *s/ Lisa Russell* |
| Laura Pagano, SBN 244079 | Kristen Byrnes Floom, DC Bar No. 469615 |
| Selena Kyle, SBN 246069, | Lisa Russell |
|   admission to the N.D.Cal. pending | United States Department of Justice |
| Natural Resources Defense Council | Environment and Natural Resources Div. |
| 111 Sutter Street, 20th Floor | Wildlife and Marine Resources Section |
| San Francisco, CA 94104 | Ben Franklin Station, P.O. Box 7369 |
| Telephone: (415) 875-6100 | Washington, D.C. 20044-7369 |
| Fax: (415) 875-6161 | Telephone: (202) 305-0388 |
| | Fax: (202) 305-0275 |

Aaron Colangelo, admission *pro hac vice* pending
Natural Resources Defense Council
1200 New York Ave NW Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiffs        Attorneys for Defendants

Dated: January 5, 2007        Dated: January 5, 2007

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. [James Larson]
United States [Magistrate Judge]

*IT IS SO ORDERED*
*Judge James Larson*
*United States District Court, Northern District of California*

Dated: January 8, 2007

**STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON NRDC'S MOTION FOR LEAVE TO AMEND OR SUPPLEMENT COMPLAINT – Case No. C 01-0421 JL**

3