James P. Walsh CSB. No. 184620
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Applicant for Intervention
WEST COAST SEAFOOD PROCESSORS ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NATURAL MARINE FISHERIES SERVICE; DONALD EVANS, Secretary of Commerce; and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br><br>    Defendants. | No. C-01-0421JL<br><br>**STIPULATED [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR CONSIDERATION OF THE MOTION TO INTERVENE OF THE WEST COAST SEAFOOD PROCESSORS ASSOCIATION**<br><br>**Date:** January 24, 2007<br>**Time:** 9:30 a.m.<br>**Dept:** Courtroom F |

Applicant for Intervention and Plaintiffs have agreed and stipulate as follows:

1. On Friday, January 5, 2007, Plaintiffs in this case filed a Motion for Leave to Amend or Supplement Complaint in this fishery management litigation. Previously, in anticipation of this Motion, the West Coast Seafood Processors Association ("Association"), presently amicus in this case, filed a Motion to Intervene on October 24, 2006. At that time, the Court indicated it would establish a schedule for filing oppositions (if any) and a reply to that Motion to Intervene once Plaintiffs decided to seek leave to amend their complaint.

2. On Friday, counsel for the Association contacted counsel for Plaintiffs and Federal Defendants to request concurrence on a schedule that would allow counsel for the Association to

argue the Motion to Intervene on January 24, 2007, the date for arguing Plaintiffs' Motion for Leave to Amend or Supplement Complaint.

3. On Monday, counsel for Plaintiffs informed the undersigned counsel that they would agree to having the Court consider the Motion to Intervene on January 24, 2007 (if the Court concurs) and to the following briefing schedule: (a) any Opposition would be due on Friday, January 12, 2007; and (b) any Reply would be due on Wednesday, January 17, 2007. All pleadings are subject to efiling.

4. Counsel for Federal Defendants has not responded to the inquiry but in the past has taken no position with regard to a Motion to Intervene by the Association in previous Pacific groundfish cases.

5. It is therefore respectfully requested that the Court approve the stipulated briefing and hearing schedule set forth in paragraph 3.

DATED this 8th day of January, 2007.

    /s/ *James P. Walsh*
James P. Walsh (CSB No. 184620)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6556
Facsimile: (415) 276-6599

Attorneys for Applicant for Intervention
WEST COAST SEAFOOD PROCESSORS ASSOCIATION

IT IS SO ORDERED:

Date: _____, 2007

The Hon. _____
Judge James Larson



STIPULATION RE BRIEFING SCHEDULE
Case No. CPF 06-506862

SFO 355047v1 0050870-000011