1  LAURA PAGANO, SBN 244079
   SELENA KYLE, SBN 246069
2  NATURAL RESOURCES DEFENSE COUNCIL
3  111 Sutter Street, 20th Floor
   San Francisco, CA 94104
4  Tel: (415) 875-6100; Fax: (415) 875-6161
   AARON COLANGELO, admitted *pro hac vice*
5  NATURAL RESOURCES DEFENSE COUNCIL
6  1200 New York Ave, NW, Suite 400
   Washington, DC 20005
7  Tel: (202) 289-2376; Fax: (202) 289-1060
8  Attorneys for Plaintiff

9  KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
   CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10 10th Floor Federal Building, Box 36055
11 450 Golden Gate Avenue
   San Francisco, California 94102
12 MATTHEW J. MCKEOWN
13 Acting Assistant Attorney General
   United States Department of Justice Environment & Natural Resources Division
14 JEAN E. WILLIAMS, Chief
   LISA LYNNE RUSSELL, Assistant Chief
15 KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
16 United States Department of Justice
   Environment & Natural Resources Division Wildlife and Marine Resources Section
17 Benjamin Franklin Station, P.O. Box 7369
   Washington, DC 20044-7369
18 Tel.: (202) 305-0340; Fax: (202) 305-0275
19 Attorneys for Federal Defendants

20                **UNITED STATES DISTRICT COURT**
21             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

22  NATURAL RESOURCES DEFENSE COUNCIL, INC.,  ) Case No. C 01-0421 JL
23                                             )
24                              Plaintiff,     ) **STIPULATED REQUEST**
                      v.                       ) **FOR ENTRY OF**
25                                             ) **BRIEFING SCHEDULE**
    CARLOS M. GUTIERREZ, et al.,               ) **AND [PROPOSED] ORDER**
26                              Defendants.    )
27                                             )

28

Stipulated Request for Entry of Briefing Schedule and [Proposed] Order – C 01-0421 JL

Plaintiff Natural Resources Defense Council and Defendants Carlos M. Gutierrez et al. hereby stipulate and respectfully request that the Court enter the following schedule for briefing and argument on the Parties' anticipated cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | July 24, 2007 |
| Defendants' Opposition and Cross-Motion for Summary Judgment | Sept. 6, 2007 |
| Plaintiff's Reply and Opposition to Defendants' Cross-Motion | Oct. 5, 2007 |
| Defendants' Reply | Nov. 1, 2007 |
| Hearing | Dec. 5, 2007 |

SO STIPULATED this 4th day of June, 2007:

For Plaintiff:                    /s/ _Selena Kyle_____
                                  LAURA PAGANO, SBN 244079
                                  SELENA KYLE, SBN 246069
                                  NATURAL RESOURCES DEFENSE COUNCIL
                                  111 Sutter Street, 20th Floor
                                  San Francisco, CA 94104
                                  Tel: (415) 875-6100; Fax: (415) 875-6161
                                  AARON COLANGELO, admitted *pro hac vice*
                                  NATURAL RESOURCES DEFENSE COUNCIL
                                  1200 New York Ave, NW, Suite 400
                                  Washington, DC 20005
                                  Tel: (202) 289-2376; Fax: (202) 289-1060

For Defendants:                   /s/ _Kristin Floom_____
                                   KEVIN V. RYAN, United States Attorney (Cal.
                                   Bar. No. 118321)
                                  CHARLES M. O'CONNOR, Assistant United
                                  States Attorney (CA Bar No. 56320)
                                  10th Floor Federal Building, Box 36055
                                  450 Golden Gate Avenue
                                  San Francisco, California 94102
                                  MATTHEW J. MCKEOWN
                                  Acting Assistant Attorney General
                                  United States Department of Justice
                                  Environment & Natural Resources Division
                                  JEAN E. WILLIAMS, Chief
                                  LISA LYNNE RUSSELL, Assistant Chief

Stipulated Request for Entry of Briefing Schedule and [Proposed] Order – C 01-0421 JL        2

1
2
3
4
5

KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275

6
7  //
8  //
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court, pursuant to the Parties' Stipulated Request, hereby sets the following schedule for briefing and oral argument on the Parties' anticipated cross-motions for summary judgment:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | July 24, 2007 |
| Defendants' Opposition and Cross-Motion for Summary Judgment | Sept. 6, 2007 |
| Plaintiff's Reply and Opposition to Defendants' Cross-Motion | Oct. 5, 2007 |
| Defendants' Reply | Nov. 1, 2007 |
| Hearing | Dec. 5, 2007 |

IT IS SO ORDERED.

Dated: June 6, 2007

*IT IS SO ORDERED*
*Judge James Larson*
(Seal: United States District Court, Northern District of California)

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/  Selena Kyle
Selena Kyle