LAURA PAGANO, SBN 244079
SELENA KYLE, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
AARON COLANGELO, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Tel: (202) 289-2376; Fax: (202) 289-1060
Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275
Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | ) Case No. C 01-0421 JL |
| Plaintiff, | ) **STIPULATED REQUEST** |
| v. | ) **FOR ENLARGEMENT OF** |
| | ) **PAGE LIMITATIONS** |
| CARLOS M. GUTIERREZ, et al., | ) **AND [PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff Natural Resources Defense Council and Defendants Carlos M. Gutierrez <u>et al.</u> hereby stipulate and respectfully request that the Court provide for the following enlarged page limitations for briefing on the Parties' anticipated cross-motions for summary judgment.

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment (due 7/24/07): | 40 pages |
| Defendants' Opposition and Cross-Motion for Summary Judgment (due 9/6/07): | 40 pages |
| Plaintiff's Reply and Opposition to Defendants' Cross-Motion (due 10/5/07): | 20 pages |
| Defendants' Reply (due 11/1/07): | 20 pages |

SO STIPULATED this 11th day of June, 2007:

For Plaintiff:  /s/ Selena Kyle
LAURA PAGANO, SBN 244079
SELENA KYLE, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
AARON COLANGELO, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Tel: (202) 289-2376; Fax: (202) 289-1060

For Defendants:  /s/ Kristen Floom
KEVIN V. RYAN, United States Attorney (Cal. Bar. No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

| | |
|---|---|
| 1 | KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615) |
| 2 | United States Department of Justice |
| 3 | Environment & Natural Resources Division |
| | Wildlife and Marine Resources Section |
| 4 | Benjamin Franklin Station, P.O. Box 7369 |
| 5 | Washington, DC 20044-7369 |
| | Tel.: (202) 305-0340; Fax: (202) 305-0275 |

7  //
8  //

[PROPOSED] ORDER

The Court, pursuant to the Parties' Stipulated Request, hereby agrees to the Parties' proposed enlargement of page limitations for briefing on the Parties' anticipated cross-motions for summary judgment:

Plaintiff's Motion for Summary Judgment (due 7/24/07):                     40 pages
Defendants' Opposition and Cross-Motion for Summary Judgment (due 9/6/07): 40 pages
Plaintiff's Reply and Opposition to Defendants' Cross-Motion (due 10/5/07): 20 pages
Defendants' Reply (due 11/1/07):                                            20 pages

IT IS SO ORDERED.

Dated:   June 13, 2007

IT IS SO ORDERED
Judge James Larson

| | |
|---|---|
| 1 | ATTORNEY ATTESTATION OF CONCURRENCE |
| 2 | I hereby attest that I have obtained concurrences in this filing for the signatures indicated by a "conformed" signature (/s/) within this e-filed document. |
| 3 | |
| 4 | /s/ _Selena Kyle_____ |
| 5 | Selena Kyle |