LAURA PAGANO, SBN 244079
SELENA KYLE, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
AARON COLANGELO, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Tel: (202) 289-2376; Fax: (202) 289-1060
Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275
Attorneys for Federal Defendants

Stipulated Request to Continue Hearing on Motion to Complete the Record and [Proposed] Order – C 01-0421 JL

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., ) | Case No.  C 01-0421 JL |
| ) | |
| Plaintiff, ) | **STIPULATED REQUEST** |
| v. ) | **TO CONTINUE** |
| ) | **HEARING ON MOTION** |
| CARLOS M. GUTIERREZ, et al., ) | **TO COMPLETE** |
| Defendants. ) | **THE RECORD AND** |
| ) | **[PROPOSED] ORDER** |

Plaintiff Natural Resources Defense Council and Defendants Carlos M. Gutierrez et al. hereby stipulate and respectfully request that the Court continue the hearing on Plaintiffs' Motion to Complete the Record (Doc. No. 204).  The hearing has been noticed for July 25, 2007 at 9:30 a.m. in Courtroom F.  See id.  The Parties request that the Court continue the hearing one week, until August 1, 2007.

SO STIPULATED this 19th day of June, 2007:

For Plaintiff:              /s/ Aaron Colangelo (by KBF with permission)
                            LAURA PAGANO, SBN 244079
                            SELENA KYLE, SBN 246069
                            NATURAL RESOURCES DEFENSE COUNCIL
                            111 Sutter Street, 20th Floor
                            San Francisco, CA 94104
                            Tel: (415) 875-6100; Fax: (415) 875-6161
                            AARON COLANGELO, admitted *pro hac vice*
                            NATURAL RESOURCES DEFENSE COUNCIL
                            1200 New York Ave, NW, Suite 400
                            Washington, DC 20005
                            Tel: (202) 289-2376; Fax: (202) 289-1060

For Defendants:             /s/ Kristen Byrnes Floom
                            KEVIN V. RYAN, United States Attorney (Cal. Bar. No. 118321)
                            CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
                            10th Floor Federal Building, Box 36055
                            450 Golden Gate Avenue

Stipulated Request to Continue Hearing on Motion to Complete the Record and [Proposed] Order – C 01-0421 JL                    2

San Francisco, California 94102

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275

# [PROPOSED] ORDER

The Court, pursuant to the Parties' Stipulated Request, hereby orders that the hearing on Plaintiff's Motion to Complete the Record is continued to August 1, 2007 at 9:30 a.m.

IT IS SO ORDERED.

Dated: June 20, 2007

_____
Hon. ja
Chief

*IT IS SO ORDERED*
*Judge James Larson*