LAURA PAGANO, SBN 244079
SELENA KYLE, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
AARON COLANGELO, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Tel: (202) 289-2376; Fax: (202) 289-1060
Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275
Attorneys for Federal Defendants

Parties' Joint Stipulated Request to Postpone Summary Judgment Briefing and [Proposed] Order – C 01-0421 JL

1
2

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3
4
5
6
7
8

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | ) Case No. C 01-0421 JL |
| | ) |
| Plaintiff, | ) **STIPULATED REQUEST** |
| v. | ) **TO POSTPONE** |
| | ) **SUMMARY JUDGMENT** |
| CARLOS M. GUTIERREZ, et al., | ) **BRIEFING AND** |
| Defendants. | ) **[**X̶X̶X̶X̶X̶X̶X̶**PROPOSED] ORDER** |
| | ) |

9  Plaintiff Natural Resources Defense Council and Defendants Carlos M. Gutierrez et al.
10 hereby stipulate and respectfully request that the Court postpone the schedule for summary
11 judgment briefing in this case (Doc. No. 197) until resolution of Plaintiff's pending Motion to
12 Complete the Administrative Record (Doc. No. 204).

13  The parties submitted a joint proposed schedule for summary judgment briefing and
14 argument on June 4, 2007 (Doc. No. 196), which was endorsed by the Court on June 6, 2007
15 (Doc. No. 197).  The current schedule for summary judgment briefing and argument is as
16 follows:

17   Plaintiff's Motion for Summary Judgment                                July 24, 2007
18   Defendants' Opposition and Cross Motion for Summary Judgment   Sept. 6, 2007
19   Plaintiff's Reply and Opposition to Defendants' Cross Motion          Oct. 5, 2007
20   Defendants' Reply                                                                      Nov. 1, 2007
21   Hearing                                                                                       Dec. 5, 2007

22 Plaintiff subsequently filed a Motion to Complete the Administrative Record, on June 18, 2007
23 (Doc. No. 204).  A hearing on this motion is scheduled for August 1, 2007, at 9:30 a.m.  Absent
24 a postponement of the summary judgment briefing and hearing schedule, the parties will file
25 their summary judgment briefs before resolution of the proper scope of the administrative record
26 for review.  The parties therefore believe it is appropriate to suspend summary judgment briefing
27 until the scope of the record has been resolved.
28

The parties will propose a new schedule for summary judgment briefing and hearing promptly upon the Court's resolution of the pending motion to complete the record. This schedule will include a period for production of additional record documents, if necessary.

SO STIPULATED this 18th day of July, 2007:

For Plaintiff:  /s/ Selena Kyle
LAURA PAGANO, SBN 244079
SELENA KYLE, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 875-6161
AARON COLANGELO, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Tel: (202) 289-2376; Fax: (202) 289-1060

For Defendants:  /s/ Kristin Floom
KEVIN V. RYAN, United States Attorney (Cal. Bar. No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275

# [PROPOSED] ORDER

1
2
3    The Court, pursuant to the Parties' Stipulated Request, hereby orders that the briefing
4    schedule and hearing date for the Parties' Cross Motions for Summary Judgment is postponed,
5    pending resolution of Plaintiff's Motion to Complete the Administrative Record. Promptly upon
6    resolution of the motion to complete the record, the parties shall propose a new summary
7    judgment briefing schedule to the Court.
8
9    IT IS SO ORDERED.
10
11   Dated:  July 23, 2007                              _____
12                                                     Hon. James Larson
                                                       Chief Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28