Marc D. Slonim, Admitted *Pro Hac Vice*
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121-2331
Tel. 206 448 1230
Fax 206 448 0962
mslonim@zcvbs.com

Richard C. Jacobs, California Bar No. 49538
Jonas M. Nahoum, California Bar No. 231913
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Tel. 415 434 1600
Fax 415 217 5910
rjacobs@howardrice.com
jnahoum@howardrice.com

Attorneys for Makah Indian Tribe

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br>           Plaintiff, <br><br>    v. <br><br> CARLOS M. GUTIERREZ, Secretary of Commerce, *et al.*, <br><br>           Defendants. | Case No. C 01-0421 JL <br><br> **NOTICE OF INTENT TO WITHDRAW AND SUBSTITUTION OF COUNSEL, AND PROPOSED ORDER** |

Pursuant to Local Rule 11-5(a), Richard C. Jacobs, Jonas M. Nahoum, and Howard Rice Nemerovski Canady Falk & Rabkin hereby give notice of their intent to withdraw from this action as co-counsel for *Amicus Curiae,* the Makah Indian Tribe.

Notice of Intent to Withdraw and Substitution of Counsel,
and Proposed Order – Page 1
Case No. C 01-0421 JL

**ZIONTZ, CHESTNUT, VARNELL, BERLEY & SLONIM**
2101 4TH Avenue, Suite 1230
Seattle, Washington 98121
Tel. 206 448 1230; Fax 206 448 0962

Anastasia M. Telesetsky and Briscoe Ivester & Bazel LLP hereby appear as co-counsel in this action for the Tribe. Marc D. Slonim and Ziontz, Chestnut, Varnell, Berley & Slonim remain as co-counsel for the Tribe.

The Tribe has been notified of and approves this withdrawal and substitution of counsel. All parties who have appeared in this action are being notified of this withdrawal and substitution of counsel through the Court's ECF system.

Dated: July 30, 2007.

*s/ Marc D. Slonim*
Marc D. Slonim, Admitted *Pro Hac Vice*
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121-2331
Tel. 206 448 1230
Fax 206 448 0962
mslonim@zcvbs.com

*s/ Richard C. Jacobs* [*per email authorization*]
Richard C. Jacobs, California Bar No. 49538
Jonas M. Nahoum, California Bar No. 231913
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Tel. 415 434 1600
Fax 415 217 5910
rjacobs@howardrice.com
jnahoum@howardrice.com

*s/ Anastasia M. Telesetsky* [*per email authorization*]
Anastasia M. Telesetsky
Briscoe Ivester & Bazel LLP
Stock Exchange Building
155 Sansome Street
Seventh Floor
San Francisco, California 94104
Phone (415) 402-2707
Fax   (415) 398-5630
atelesetsky@briscoelaw.net

Notice of Intent to Withdraw and Substitution of Counsel,
and Proposed Order – Page 2
Case No. C 01-0421 JL

**ZIONTZ, CHESTNUT, VARNELL,
BERLEY & SLONIM**
2101 4TH Avenue, Suite 1230
Seattle, Washington 98121
Tel. 206 448 1230; Fax 206 448 0962

[PROPOSED] ORDER

Pursuant to Local Rule 11-5(a), Richard C. Jacobs, Jonas M. Nahoum, and Howard Rice Nemerovski Canady Falk & Rabkin are granted leave to withdraw from this action.

Dated: ____September 4____, 2007.

_____
Hon. James Larson
Chief Magistrate Judge

Notice of Intent to Withdraw and Substitution of Counsel,
and Proposed Order – Page 3
Case No. C 01-0421 JL

ZIONTZ, CHESTNUT, VARNELL,
BERLEY & SLONIM
2101 4TH Avenue, Suite 1230
Seattle, Washington 98121
Tel. 206 448 1230; Fax 206 448 0962