Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161

Aaron Colangelo, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff

KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, California 94102
RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel.: (202) 305-0340; Fax: (202) 305-0275

Attorneys for Federal Defendants

1
2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  _____
4  NATURAL RESOURCES DEFENSE COUNCIL, INC.,   ) Case No. C 01-0421 JL
                                             )
5                               Plaintiff,   ) **STIPULATED REQUEST**
                   v.                        ) **FOR BRIEFING**
6                                            ) **ON PRIVILEGE ISSUES**
   CARLOS M. GUTIERREZ, et al.,              ) **AND [PROPOSED] ORDER**
7                               Defendants.  )
                                             )
8  _____  )

9   Plaintiff Natural Resources Defense Council and Defendants Carlos M. Gutierrez et al.
10  ("Parties"), in response to the Court's invitation in its January 14, 2008 Order to Complete
11  Record (doc. no. 226), and in recognition of Defendants' pending Motion to Extend Deadline for
12  Production of Additional Documents (doc. no. 227), propose the following schedule for cross-
13  briefing on any privilege claims Defendants may assert in responding to the Court's Order.

15  1.   In the event that Defendants' pending Motion to Extend is denied:
16       Opening briefs on privilege (simultaneous):         February 22, 2008
17       Reply briefs on privilege (simultaneous):           March 4, 2008
18  2.   In the event that Defendants' pending Motion to Extend is granted:
19       Opening briefs on privilege (simultaneous):         March 28, 2008
20       Reply briefs on privilege (simultaneous)            April 7, 2008
21  3.   In the event that Defendants' pending Motion to Extend is granted for an extension of
22       fewer days than Defendants have requested:
23       Opening briefs on privilege (simultaneous):   10 business days from Defendants'
24                                                     production of documents and any
25                                                     privilege log;
26       Reply briefs on privilege (simultaneous):     20 business days from Defendants'
27                                                     production of documents and any
28                                                     privilege log.

1  SO STIPULATED this 22nd day of January, 2008:

3  For Plaintiff:                    /s/ Selena Kyle
                                     Laura Pagano, SBN 244079
                                     Selena Kyle, SBN 246069
                                     NATURAL RESOURCES DEFENSE COUNCIL
                                     111 Sutter Street, 20th Floor
                                     San Francisco, CA 94104
                                     Tel: (415) 875-6100; Fax: (415) 875-6161

                                     Aaron Colangelo, admitted *pro hac vice*
                                     NATURAL RESOURCES DEFENSE COUNCIL
                                     1200 New York Ave, NW, Suite 400
                                     Washington, DC 20005
                                     Tel: (202) 289-2376; Fax: (202) 289-1060

12 For Defendants:                   /s/ Kristen Floom
                                     KEVIN V. RYAN, United States Attorney (CA Bar
                                     No. 118321)
                                     CHARLES M. O'CONNOR, Assistant United
                                     States Attorney (CA Bar No. 56320)
                                     10th Floor Federal Building, Box 36055
                                     450 Golden Gate Avenue
                                     San Francisco, California 94102

                                     RONALD J. TENPAS
                                     Acting Assistant Attorney General
                                     United States Department of Justice Environment &
                                     Natural Resources Division
                                     JEAN E. WILLIAMS, Chief
                                     LISA LYNNE RUSSELL, Assistant Chief
                                     KRISTEN BYRNES FLOOM, Trial Attorney (DC
                                     Bar No. 469615)
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     Wildlife and Marine Resources Section
                                     Benjamin Franklin Station, P.O. Box 7369
                                     Washington, DC 20044-7369
                                     Tel.: (202) 305-0340; Fax: (202) 305-0275

# [~~PROPOSED~~] ORDER

The Court, pursuant to the Parties' Stipulated Request, hereby orders the following schedule for cross-briefing on any privilege claims Defendants may assert in responding to the Court's January 14, 2008 Order to Complete Record (doc. no. 226):

1. In the event that Defendants' pending Motion to Extend Deadline for Production of Additional Documents (doc. no. 227) is denied:

    | | |
    |---|---|
    | Opening briefs on privilege (simultaneous): | February 22, 2008 |
    | Reply briefs on privilege (simultaneous): | March 4, 2008 |

2. In the event that Defendants' pending Motion to Extend is granted:

    | | |
    |---|---|
    | Opening briefs on privilege (simultaneous): | March 28, 2008 |
    | Reply briefs on privilege (simultaneous) | April 7, 2008 |

3. In the event that Defendants' pending Motion to Extend is granted for an extension of fewer days than Defendants have requested:

    | | |
    |---|---|
    | Opening briefs on privilege (simultaneous): | 10 business days from Defendants' production of documents and any privilege log; |
    | Reply briefs on privilege (simultaneous): | 20 business days from Defendants' production of documents and any privilege log. |

IT IS SO ORDERED.

Dated: January 23, 2008

*/s/ James Larson*
Hon. James Larson
Chief Magistrate Judge