**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | ) ) ) | Case No. C 01-0421-JL |
| Plaintiff, | ) ) | **JOINT PROPOSED SUMMARY JUDGMENT** |
| v. | ) ) | **BRIEFING SCHEDULE AND STIPULATION TO EXTEND** |
| CARLOS M. GUTIERREZ, et al., | ) ) | **PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFS** |
| Defendants. | ) ) | |

The parties have engaged in further discussions and have reached an agreement regarding a proposed schedule for briefing and hearing on the parties' cross-motions for summary judgment. As an accommodation to Defendants, in light of the pressing workload of the National Marine Fisheries Service ("NMFS") this fall, Plaintiff has agreed to postpone briefing in this case until December 2008. The parties hereby respectfully request that the Court set the following schedule:

December 17, 2008: Plaintiff's motion for summary judgment (40 pages)

January 28, 2009: Defendants' opposition and cross-motion for summary judgment (40 pages)

February 18, 2009: Plaintiff's reply and opposition to Defendants' cross-motion (20 pages)

March 11, 2009: Defendants' reply (20 pages)

March 25, 2009: Hearing, 9:30 a.m.

The parties further request that the Court grant an enlargement of the page limits for the parties' briefs. Due to the complexity of the case and the volume of the administrative record, the parties do not believe that they can adequately support their cross-motions for summary judgment within the page limits set forth in Civ. L.R. 7-4(b). Thus, the parties respectfully request that the Court allow them to file briefs exceeding the

Joint Proposed Summary Judgment Briefing Schedule
and Stipulation to Extend Page Limits
Case No. C 01-0421 JL                                    - 1 -

page limits, as follows:

    Plaintiff's motion for summary judgment:  40 pages

    Defendants' opposition and cross-motion for summary judgment:  40 pages

    Plaintiff's reply and opposition to Defendants' cross-motion:  20 pages

    Defendants' reply:  20 pages

Respectfully submitted this 11th day of August, 2008,

Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Tel.: (415) 875-6100; Fax: (415) 875-6161

/s/ Aaron Colangelo (by KBF with permission)
Aaron Colangelo, admitted pro hac vice
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Tel.: (202) 289-2376; Fax: (202) 289-1060

*Attorneys for Plaintiff*

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
Wildlife and Marine Resources Section

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
(DC Bar No 469615)
Wildlife & Marine Resources Section
United States Department of Justice
Environment & Natural Resources Division
Benjamin Franklin Station - P.O. Box 7369
Washington, D.C. 20044-7369
Telephone No:  (202) 305-0211
Facsimile No:  (202) 305-0275
Email: Kristen.Floom@usdoj.gov

Joint Proposed Summary Judgment Briefing Schedule
and Stipulation to Extend Page Limits
Case No. C 01-0421 JL                                    - 2 -

OF COUNSEL:

Eileen M. Cooney
Mariam McCall
Office of General Counsel
National Oceanic and Atmospheric Admin.

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

Dated: _____8-12-08_____                     _____
                                             Hon. James Larson
                                             United States Magistrate Judge

Joint Proposed Summary Judgment Briefing Schedule
and Stipulation to Extend Page Limits
Case No. C 01-0421 JL                         - 3 -