1  Laura Pagano, SBN 244079
2  Selena Kyle, SBN 246069
   NATURAL RESOURCES DEFENSE COUNCIL
3  111 Sutter Street, 20th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 875-6100
5  Fax:  (415) 875-6161

6  Aaron Colangelo, admitted *pro hac vice*
   NATURAL RESOURCES DEFENSE COUNCIL
7  1200 New York Ave, NW, Suite 400
8  Washington, DC 20005
   Telephone:  (202) 289-2376
9  Fax:  (202) 289-1060

10 Attorneys for Plaintiff
11
   RONALD J. TENPAS
12 Assistant Attorney General
13 United States Department of Justice
   Environment & Natural Resources Division
14 JEAN E. WILLIAMS, Chief
   LISA LYNNE RUSSELL, Assistant Chief
15
16 KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
   Wildlife and Marine Resources Section
17 Benjamin Franklin Station, P.O. Box 7369
18 Washington, DC 20044-7369
   Telephone: (202) 305-0340
19 Facsimile: (202) 305-0275
   Kristen.Floom@usdoj.gov
20
21 Attorneys for Defendants
22
23
24
25
26
27
28

**STIPULATED REQUEST FOR STAY OF SUMMARY JUDGMENT BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER – Case No. C 01-0421 JL**

1
2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

_____

4     NATURAL RESOURCES DEFENSE COUNCIL, INC.,     ) Case No.  C 01-0421 JL

5                                                  )
                                        Plaintiff, ) **STIPULATED REQUEST**
6                                                  ) **FOR STAY**
                             v.                    ) **OF SUMMARY JUDGMENT**
7                                                  ) **BRIEFING SCHEDULE**
8     CARLOS M. GUTIERREZ, Secretary of Commerce, et al.,  )
                                                   )
9                                       Defendants. )
10    _____ )

11         Pursuant to Civil Local Rule 6-2, the parties hereby request a stay of the current briefing

12    schedule for cross-motions on summary judgment.  The parties seek this stay in order to

13    accommodate a potential amendment to the complaint to incorporate a challenge to Defendants'

14    final 2009-2010 harvest specifications for the Pacific groundfish fishery.

15         Plaintiff Natural Resources Defense Council's ("NRDC's") current complaint in this case

16    challenges a series of amendments to Defendants' fishery management plan that concern the

17    rebuilding of the Pacific groundfish fishery, and Defendants' use of those amendments in

18    establishing harvest specifications for Pacific groundfish.  *See* Doc. No. 190 (Fourth Am.

19    Compl.).  The Court's current schedule provides for summary judgment briefing to begin on

20    December 17, 2008 and to conclude on March 11, 2009, and for the parties to present oral

21    argument on March 25, 2009.  *See* Doc. No. 246.  In February 2009, Defendants are expected to

22    issue final harvest specifications for the Pacific groundfish fishery for the years 2009 to 2010.

23    NRDC anticipates, based on its review of Defendants' draft specifications for 2009-2010, that it

24    will move to amend its complaint to challenge the final 2009-2010 specifications.

25         In order to accommodate the anticipated motion to amend, the parties respectfully

26    propose that the current briefing schedule be stayed pending Defendants' issuance of the final

27    2009-2010 specifications.  To avoid undue delay in merits briefing, and to facilitate a ruling on

28    any motion to amend within the 30-day statute of limitations provided by the Magnuson-Stevens

**STIPULATED REQUEST FOR STAY OF SUMMARY JUDGMENT BRIEFING**
**SCHEDULE AND [PROPOSED] ORDER – Case No. C 01-0421 JL**

1    Act, *see* 16 U.S.C. § 1855(f)(1), the parties agree to conduct expedited briefing on any motion to

2    amend.  If leave to amend is granted, the parties will propose a new schedule for record

3    supplementation and summary judgment briefing within 14 days of NRDC's filing of its

4    amended complaint.

5           If NRDC does not move to amend its complaint, or its motion to amend is denied, the

6    parties will propose a new schedule for summary judgment briefing on NRDC's current

7    complaint within 30 days of Defendants' issuance of the 2009-2010 specifications.

8           While the parties do not anticipate the need for any hearing on this Stipulated Request,

9    should the Court wish to hear from the parties, Defendants' counsel respectfully requests

10   permission to appear telephonically.

11          Respectfully submitted,

12

13   /s/ Selena Kyle_____          RONALD J. TENPAS
     Laura Pagano, SBN 244079             Assistant Attorney General
14   Selena Kyle, SBN 246069             United States Department of Justice
     NATURAL RESOURCES DEFENSE            Environment & Natural Resources
15   COUNCIL                              Division
     111 Sutter Street, 20th Floor        JEAN E. WILLIAMS, Chief
16   San Francisco, CA  94104             LISA LYNNE RUSSELL, Assistant Chief
17   Telephone:  (415) 875-6100
     Fax:  (415) 875-6161                 /s/ Kristen Byrnes Floom____
18                                        KRISTEN BYRNES FLOOM, Trial
19   Aaron Colangelo, admitted *pro hac vice*   Attorney (DC Bar No. 469615)
     NATURAL RESOURCES DEFENSE            Wildlife and Marine Resources Section
20   COUNCIL                              Benjamin Franklin Station, P.O. Box 7369
     1200 New York Ave, NW, Suite 400     Washington, DC 20044-7369
21   Washington, DC 20005                 Telephone: (202) 305-0340
     Telephone:  (202) 289-2376           Facsimile: (202) 305-0275
22   Fax:  (202) 289-1060                  Kristen.Floom@usdoj.gov
23
     Attorneys for Plaintiff              Attorneys for Defendants
24

25
     Dated:  November 25, 2008            Dated:  November 25, 2008
26

27

28

**STIPULATED REQUEST FOR STAY OF SUMMARY JUDGMENT BRIEFING
SCHEDULE AND [PROPOSED] ORDER – Case No. C 01-0421 JL**

1

**[PROPOSED] ORDER**

2     The Court, pursuant to the Parties' Stipulated Request, hereby orders that the summary

3 judgment briefing schedule set forth in this Court's August 18, 2008 order (Doc. No. 246) is

4 STAYED pending Defendants' issuance of final 2009-2010 harvest specifications for the Pacific

5 groundfish fishery.  If Plaintiff does not move to amend its complaint to challenge the final

6 2009-2010 specifications, or leave to amend is denied, the parties will propose a new schedule

7 for briefing on the current record within 30 days of Defendants' issuance of final 2009-2010

8 specifications.  If leave to amend is granted, the parties will propose a new schedule for record

9 supplementation and merits briefing to the Court within 14 days of Plaintiff's filing of its

10 amended complaint.

11

12 IT IS SO ORDERED.

13 Dated: November __ 26 _, 2008                  _____

14                                                Hon. James Larson
                                                United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST FOR STAY OF SUMMARY JUDGMENT BRIEFING
SCHEDULE AND [PROPOSED] ORDER – Case No. C 01-0421 JL**

1

**ATTORNEY ATTESTATION OF CONCURRENCE**

2

3          I hereby attest that I have obtained concurrences in this filing for the signatures indicated

4    by a "conformed" signature (/s/) within this e-filed document.

5

6          /s/ Selena Kyle
           Selena Kyle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED REQUEST FOR STAY OF SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER – Case No. C 01-0421 JL**