Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Telephone: (415) 875-6100
Fax:  (415) 875-6161
lpagano@nrdc.org; skyle@nrdc.org

Aaron Colangelo, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060
acolangelo@nrdc.org

Attorneys for Plaintiff

JOHN C. CRUDEN
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**[PROPOSED] ORDER ON STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION FOR LEAVE TO AMEND COMPLAINT– Case No. C 01-0421**

1

1
2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

_____ )

4   NATURAL RESOURCES DEFENSE COUNCIL, INC.,   ) Case No.  C 01-0421 JL
                                               )
5                                 Plaintiff,   ) [~~PROPOSED~~] ORDER
                                               ) ON STIPULATED REQUEST
6                       v.                     ) FOR ORDER SHORTENING
                                               ) TIME FOR BRIEFING
7                                              ) AND HEARING
8   OTTO J. WOLFF, Acting Secretary of Commerce, et al., ) ON MOTION FOR LEAVE
                                               ) TO AMEND COMPLAINT
9                                 Defendants.  )
10  _____ )

11
12      This matter is before the Court on the parties' Stipulated Request for Order Shortening

13  Time for Briefing and Hearing on Plaintiff Natural Resources Defense Council, Inc.'s

14  ("NRDC's") Motion for Leave to Amend Complaint.  The Court, pursuant to the parties'

15  Request and having found good cause, hereby sets the following schedule for briefing and oral

    argument on NRDC's Motion for Leave to Amend:

16
17      March 13, 2009:      NRDC's Motion for Leave to Amend Complaint

18      March 20, 2009:      Defendants' opposition to NRDC's Motion for Leave to Amend

19      March 25, 2009:      NRDC's reply in support of Motion for Leave to Amend

20      April 1, 2009:       Hearing, 9:30 a.m.

21  IT IS SO ORDERED.

22

23                                          _____
24                                          Hon. James Larson
25                                          United States Magistrate Judge

26  Dated: March ___17___, 2009

27

28