Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161

Aaron Colangelo, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff

JOHN C. CRUDEN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**JOINT REQUEST FOR APPOINTMENT OF A MAGISTRATE TO FACILITATE SETTLEMENT TALKS AND [PROPOSED] ORDER** – Case No. C 01-0421 JL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
                                            )
NATURAL RESOURCES DEFENSE COUNCIL, INC.,    ) Case No. C 01-0421 JL
                                            )
                                Plaintiff,  ) **JOINT REQUEST**
                                            ) **FOR APPOINTMENT**
                v.                          ) **OF MAGISTRATE**
                                            ) **TO FACILITATE**
GARY LOCKE[1], Secretary of Commerce, *et al.*, ) **SETTLEMENT TALKS**
                                            )
                                Defendants. )
_____ )

At the April 1, 2009 hearing on Plaintiff Natural Resources Defense Council's ("NRDC's") Motion for Leave to Amend, the Court asked the parties to explore settlement and to advise the Court whether they would prefer to have the Court appoint a magistrate to oversee settlement talks or participate in the Northern District's Alternative Dispute Resolution ("ADR") process. The parties respectfully request that the Court appoint a magistrate to oversee settlement talks. Counsel have advised the District's ADR office (which contacted the parties at this Court's request) of this preference.

The parties do not seek a stay of the litigation while settlement efforts proceed. Counsel intend to submit, by April 15, 2009, a proposed schedule for the parties' anticipated cross-motions for summary judgment on the claims presented in NRDC's Fifth Amended Complaint. *See* Doc. Nos. 248 (providing for the parties to submit a briefing schedule within 14 days of NRDC's entry of an amended complaint challenging the 2009-2010 harvest specifications and management measures for Pacific groundfish), 259 and 261 (orders granting leave to amend), 260 (Fifth Amended Complaint filed April 1, 2009).

//
//

_____

[1] Secretary Locke is automatically substituted for Acting Secretary Otto J. Wolff. *See* Fed. R. Civ. P. 25(d).

**JOINT REQUEST FOR APPOINTMENT OF A MAGISTRATE TO FACILITATE SETTLEMENT TALKS AND [PROPOSED] ORDER – Case No. C 01-0421 JL**

Respectfully submitted,

| | |
|---|---|
| /s/ Selena Kyle | JOHN C. CRUDEN |
| Laura Pagano, SBN 244079 | Acting Assistant Attorney General |
| Selena Kyle, SBN 246069 | United States Department of Justice |
| NATURAL RESOURCES DEFENSE COUNCIL | Environment & Natural Resources Division |
| 111 Sutter Street, 20th Floor | JEAN E. WILLIAMS, Chief |
| San Francisco, CA 94104 | LISA LYNNE RUSSELL, Assistant Chief |
| Telephone: (415) 875-6100 | |
| Fax: (415) 875-6161 | /s/ Kristen Byrnes Floom |
| | KRISTEN BYRNES FLOOM, Trial |
| Aaron Colangelo, admitted *pro hac vice* | Attorney (DC Bar No. 469615) |
| NATURAL RESOURCES DEFENSE COUNCIL | Wildlife and Marine Resources Section |
| 1200 New York Ave, NW, Suite 400 | Benjamin Franklin Station, P.O. Box 7369 |
| Washington, DC 20005 | Washington, DC 20044-7369 |
| Telephone: (202) 289-2376 | Telephone: (202) 305-0340 |
| Fax: (202) 289-1060 | Facsimile: (202) 305-0275 |
| | Kristen.Floom@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: April 7, 2009 | Dated: April 7, 2009 |

**JOINT REQUEST FOR APPOINTMENT OF A MAGISTRATE TO FACILITATE SETTLEMENT TALKS AND [PROPOSED] ORDER – Case No. C 01-0421 JL**

**[PROPOSED] ORDER**

The Court, pursuant to the parties' Joint Request, hereby appoints United States Magistrate Judge <u>Maria-Elena James</u> to facilitate settlement talks in this matter.

IT IS SO ORDERED.

Dated: April __8__, 2009

_____
Hon. James Larson
Chief Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT REQUEST FOR APPOINTMENT OF A MAGISTRATE TO FACILITATE SETTLEMENT TALKS AND [PROPOSED] ORDER – Case No. C 01-0421 JL**