**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>DONALD EVANS, et al.,<br><br>   Defendant(s)._____/ | No. C 01-0421 JL (MEJ)<br><br>**ORDER RE: SETTLEMENT REFERRAL** |

This case has been referred to the undersigned magistrate judge to conduct a settlement conference. Although the undersigned is willing to proceed with a settlement conference in this matter, it would only be with the consent of all parties and their knowledge that I have made a donation to Plaintiff Natural Resources Defense Council, Inc. through the Court's Combined Federal Campaign. Accordingly, the Court hereby ORDERS the parties to individually file either (1) a consent to Magistrate Judge Maria-Elena James presiding over a settlement conference in this matter, with full knowledge of the above-mentioned donation; or (2) a request that I recuse myself and have this matter reassigned to another magistrate judge for a settlement conference. The parties shall file their consent or request for reassignment by April 21, 2009.

**IT IS SO ORDERED.**

Dated: April 9, 2009

MARIA-ELENA JAMES
United States Magistrate Judge