Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161

Aaron Colangelo, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave, NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff

JOHN C. CRUDEN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**PARTIES' JOINT REQUEST FOR ENTRY OF BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER – Case No. C 01-0421 JL** 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
                                    )
NATURAL RESOURCES DEFENSE COUNCIL, INC., ) Case No. C 01-0421 JL
                                    )
                      Plaintiff,    ) **JOINT REQUEST**
                                    ) **FOR ENTRY OF**
        v.                          ) **BRIEFING SCHEDULE**
                                    ) **AND ENLARGEMENT**
GARY LOCKE, Secretary of Commerce, et al., ) **OF PAGE LIMITS**
                                    ) **ON CROSS-MOTIONS FOR**
                      Defendants.   ) **SUMMARY JUDGMENT**
                                    )
_____)

The Parties, having conferred with each other and amici, hereby respectfully request that the Court issue an order establishing the following schedule for briefing and argument on the Parties' anticipated cross-motions for summary judgment on Plaintiff Natural Resources Defense Council, Inc.'s ("NRDC's") Fifth Amended Complaint, following Defendants' production of the supplemental administrative record. The Parties intend to participate in a settlement conference, but request entry of this schedule to assure that the case can be resolved expeditiously if settlement efforts are unsuccessful.

August 4, 2009:    NRDC's opening memorandum in support of NRDC's motion for summary judgment (40 pages)

September 8, 2009: Defendants' combined memorandum in opposition to NRDC's motion for summary judgment and in support of Defendants' cross-motion for summary judgment (40 pages)

September 15, 2009: Amicus briefs on summary judgment

September 29, 2009: NRDC's combined memorandum in support of NRDC's motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment (20 pages)

October 20, 2009:  Defendants' reply memorandum in support of Defendants' motion for summary judgment (20 pages)

**PARTIES' JOINT REQUEST FOR ENTRY OF BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER – Case No. C 01-0421 JL**                              2

| | |
|---|---|
| 1 | November 18, 2009: Hearing, 9:30 a.m. |
| 2 | The Parties further request that the Court grant the above-referenced enlargements of |
| 3 | page limits for the Parties' memoranda on the cross-motions for summary judgment. Due to the |
| 4 | complexity of the case and the size of the record, the Parties do not believe that they can |
| 5 | adequately explain and support their cross-motions for summary judgment within the page limits |
| 6 | set forth in Civil Local Rule 7-4(b). Thus, the Parties respectfully request that the Court allow |
| 7 | them to file memoranda exceeding the limits, as indicated above. |

Respectfully submitted,

| | |
|---|---|
| /s/ Selena Kyle | JOHN C. CRUDEN |
| Laura Pagano, SBN 244079 | Acting Assistant Attorney General |
| Selena Kyle, SBN 246069 | United States Department of Justice |
| NATURAL RESOURCES DEFENSE COUNCIL | Environment & Natural Resources Division |
| 111 Sutter Street, 20th Floor | JEAN E. WILLIAMS, Chief |
| San Francisco, CA 94104 | LISA LYNNE RUSSELL, Assistant Chief |
| Telephone: (415) 875-6100 | |
| Fax: (415) 875-6161 | /s/ Kristen Byrnes Floom |
| | KRISTEN BYRNES FLOOM, Trial |
| Aaron Colangelo, admitted *pro hac vice* | Attorney (DC Bar No. 469615) |
| NATURAL RESOURCES DEFENSE COUNCIL | Wildlife and Marine Resources Section |
| | Benjamin Franklin Station, P.O. Box 7369 |
| 1200 New York Ave, NW, Suite 400 | Washington, DC 20044-7369 |
| Washington, DC 20005 | Telephone: (202) 305-0340 |
| Telephone: (202) 289-2376 | Facsimile: (202) 305-0275 |
| Fax: (202) 289-1060 | Kristen.Floom@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: April 15, 2009 | Dated: April 15, 2009 |

**PARTIES' JOINT REQUEST FOR ENTRY OF BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER – Case No. C 01-0421 JL**      3

**[PROPOSED]** ~~[PROPOSED]~~ **ORDER**

The Court, pursuant to the Parties' Stipulated Request, hereby sets the following schedule for briefing and argument on the Parties' anticipated cross-motions for summary judgment, and also authorizes the following enlargements of page limits for the Parties' memoranda on the cross-motions for summary judgment:

| | |
|---|---|
| August 4, 2009: | NRDC's opening memorandum in support of NRDC's motion for summary judgment (40 pages) |
| September 8, 2009: | Defendants' combined memorandum in opposition to NRDC's motion for summary judgment and in support of Defendants' cross-motion for summary judgment (40 pages) |
| September 15, 2009: | Amicus briefs on summary judgment |
| September 29, 2009: | NRDC's combined memorandum in support of NRDC's motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment (20 pages) |
| October 20, 2009: | Defendants' reply memorandum in support of Defendants' motion for summary judgment (20 pages) |
| November 18, 2009: | Hearing, ~~9:30 a.m.~~ 11:00 a.m. |

IT IS SO ORDERED.

Dated: April __20__, 2009

_____
Hon. James Larson
Chief Magistrate Judge

**PARTIES' JOINT REQUEST FOR ENTRY OF BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER – Case No. C 01-0421 JL**     4