**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | ) ) ) | Case No. C 01-0421-JL (MEJ) |
|        Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' REQUEST TO MODIFY SETTLEMENT CONFERENCE ORDER** |
|   v. | ) ) | |
| GARY LOCKE, et al., | ) ) | Date:   December 1, 2009 |
|        Defendants. | ) ) | Time:  10:00 a.m. |
| | ) ) ) | Judge: Hon. Maria-Elena James |

Having considered Federal Defendants' Request to Modify Settlement Conference Order, IT IS HEREBY ORDERED that the request to modify the Court's Standing Order Re: Settlement Conference Procedures is GRANTED, and Federal Defendants are hereby excused from the requirement to appear at the December 1, 2009 settlement conference having full authority to negotiate and settle the case.

Dated: _ October 1, 2009 __

IT IS SO ORDERED

Judge Maria-Elena James

Hon. Maria-Elena James
United States Magistrate Judge

[Proposed] Order
C-01-0421-JL (MEJ)