

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*  *Telephone (202) 305-0210*
*P.O. Box 7369*  *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7369*

December 31, 2009

Chief Magistrate Judge Maria Elena-James
c/o Brenda Tolbert, Courtroom Deputy
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

      Re: <u>Natural Resources Defense Council v. Gary Locke, et al.</u>, Civ-01-0421-JL

Dear Judge James:

      After further discussion, Plaintiff and the Federal Defendants do not believe that it will be possible to settle any of the claims in the above-captioned case. Although the parties had productive discussions during the settlement conference before you on December 1, 2009, and followed up with phone calls and emails with each other, we ultimately could not agree on a settlement that would be acceptable to both sides. In particular, while we made progress on settling the NEPA claim, we eventually discovered that we could not agree on the form of a settlement. This discovery obviated the need to continue discussions on settling the other claims, which were less advanced and less likely to succeed in any event.

      For the reasons discussed above, we ask that you remove the settlement conference scheduled for January 6, 2010, from the Court's calendar. If you have any questions, please contact me at 202-305-0339.

      Best regards,

      */s/ Erik Petersen*

      Erik E. Petersen
      Trial Attorney



cc:

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Laura Pagano
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104

Marc D. Slonim
Ziontz, Chestnut, Varnell, Berley & Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121-2331

James P. Walsh
Gwen L. Fanger
Davis Wright Tremaine LLP
505 Montgomery St., Suite 800
San Francisco, CA 94111