Laura Pagano, SBN 244079
Selena Kyle, SBN 246069
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA  94104
Telephone: (415) 875-6100
Fax: (415) 875-6161

Aaron Colangelo, admitted *pro hac vice*
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (202) 289-1060

Attorneys for Plaintiff Natural Resources Defense Council, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | Case No.  C 01-0421 JL |
| Plaintiff, | **[PROPOSED] ORDER ON REMEDY** |
| v. | |
| GARY LOCKE, Secretary of Commerce, et al., | |
| Defendants. | |

After consideration of the parties' cross-motions for summary judgment (Dkt. Nos. 302, 312), the memoranda of the parties and amici, supporting declarations and exhibits, and the administrative record, and for the reasons set forth in its April 23, 2010 Order (Dkt. No. 340), the Court hereby declares and orders:

1. Defendants violated National Standard 2 of the Magnuson-Stevens Fishery Management and Conservation Act ("MSA"), 16 U.S.C. § 1851(a)(2), by failing to use the best scientific information available on the economic status of fishing communities in their 2009-2010 Biennial Specifications and Management Measures for the Pacific Coast Groundfish Fishery ("2009-2010 Specifications").

2. Defendants violated Section 304(e)(4)(A)(i) of the MSA, 16 U.S.C. § 1854(e)(4)(A)(i), by establishing rebuilding plans for darkblotched rockfish, cowcod and yelloweye rockfish in the 2009-2010 Specifications that do not rebuild those species in time periods that are "as short as possible" within the meaning of Section 304(e)(4)(A)(i).

3. The 2009-2010 Specifications are hereby REMANDED to Defendant National Marine Fisheries Service ("NMFS").

4. The 2009-2010 Specifications for darkblotched rockfish, cowcod and yelloweye rockfish are VACATED. As a result of the vacatur, and for the remainder of 2010, the most recent annual harvest levels (also known as optimum yields, or "OYs") that NMFS specified for darkblotched rockfish, cowcod and yelloweye rockfish in its 2007-2008 Biennial Specifications and Management Measures for the Pacific Coast Groundfish Fishery are in effect. For yelloweye rockfish, the OY in 2010 is 14 metric tons.

5. NMFS, within one year of the date of issuance of this Order on Remedy, shall establish new Specifications for the Pacific Coast Groundfish Fishery that:

   a. are based on the "best scientific information available" within the meaning of MSA National Standard 2, 16 U.S.C. § 1851(a)(2); and

   b. establish rebuilding periods for darkblotched rockfish, cowcod and yelloweye rockfish that are "as short as possible" within the meaning of MSA Section 304(e)(4)(A)(i), 16 U.S.C. § 1854(e)(4)(A)(i).

6. The Court retains jurisdiction over Defendants' actions on remand.

IT IS SO ORDERED.

DATED: April 29, 2010

_____
The Hon. James Larson
United States Magistrate Judge