UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE COUNCIL, INC., ) Case No. C 01-0421 JL
)
Plaintiff, ) [~~PROPOSED~~] ORDER
) SPECIFYING TIME
v. ) TO APPLY FOR
) ATTORNEY FEES,
GARY LOCKE, Secretary of Commerce, et al., ) COSTS AND EXPENSES
)
Defendants. )

The parties' stipulated request for an order specifying time for plaintiff Natural Resources Defense Council, Inc. to apply for attorney fees, costs and expenses is GRANTED. The deadline for plaintiff to apply for an award of attorney fees, costs and expenses is:

1. within 30 days of the exhaustion of defendants' time to appeal this Court's summary judgment order (Dkt. No. 340) or order on remedy (Dkt. No. 342), if defendants do not appeal; or

2. within 30 days of final judgment following the exhaustion of all opportunities to appeal those orders (Dkt. Nos. 340, 342), if defendants appeal.

IT IS SO ORDERED.

DATED: May 5, 2010

_____
The Hon. James Larson
United States Magistrate Judge