1   Selena Kyle, SBN 246069
2   NATURAL RESOURCES DEFENSE COUNCIL
    111 Sutter Street, 20th Floor
3   San Francisco, CA  94104
    Telephone:  (415) 875-6100
4   Fax:  (415) 875-6161

5
    Aaron Colangelo, admitted *pro hac vice*
6   NATURAL RESOURCES DEFENSE COUNCIL
    1200 New York Ave, NW, Suite 400
7   Washington, DC 20005
    Telephone:  (202) 289-2376
8   Fax:  (202) 289-1060

9
    Attorneys for Plaintiff
10

11  IGNACIA S. MORENO, Assistant Attorney General
    United States Department of Justice
12  Environment & Natural Resources Division
    SETH M. BARSKY, Acting Section Chief
13  KRISTEN L. GUSTAFSON, Assistant Chief
    KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
14  Wildlife & Marine Resources Section
    P. O. Box 7369
15  Washington, D.C.  20044-7369
    (202) 305-0340 (tel)
16  (202) 305-0275 (fax)
    kristen.floom@usdoj.gov
17

18  Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

Stipulated Request for Order Extending Time for Briefing and Hearing on Plaintiff's Motion for
Attorneys' Fees and Expenses and [Proposed] Order – Case No. 01-0421 JL          1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

_____

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., | )  Case No.  C 01-0421 JL |
|  | ) |
| Plaintiff, | )  **STIPULATED REQUEST** |
|  | )  **FOR ORDER EXTENDING** |
| v. | )  **TIME FOR BRIEFING AND** |
|  | )  **HEARING ON NRDC'S** |
| GARY LOCKE, Secretary of Commerce, et al., | )  **MOTION FOR ATTORNEYS'** |
|  | )  **FEES AND EXPENSES** |
| Defendants. | ) |
|  | ) |

_____

Pursuant to Civil Local Rule 6-2, the parties stipulate to and request entry of an order extending time for briefing and hearing on plaintiff Natural Resources Defense Council's ("NRDC") concurrently filed Motion for Attorneys' Fees and Expenses.  The requested extension would facilitate efforts to settle NRDC's fee and expense claims, potentially obviating the need for this Court to consider briefing and legal argument on the pending Motion.

On April 23, 2010, the Court entered an order deciding the parties' cross-motions for summary judgment and granting partial summary judgment to NRDC.  Dkt. No. 340.  The Court entered a remedy order on April 29, 2010.  Dkt. No. 342. Defendants noticed an appeal from both orders in June, but voluntarily withdrew that appeal last month, on August 19, 2010.  *See* Dkt. No. 345; Dkt. Nos. 6 & 7 to Case No. 10-16444 (9th Cir. 2010).  The Equal Access to Justice Act ("EAJA") authorizes a prevailing party to move for an award of reasonable attorneys' fees and expenses against the United States within 30 days of a final, nonappealable judgment in the case.  28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

NRDC has filed its concurrent Motion for Attorneys' Fees and Expenses in order to preserve its claim to an award of reasonable attorneys' fees and expenses under EAJA.  Both parties, however, would appreciate additional time in which to discuss possible settlement of NRDC's pending fee and expense claims.

1    The parties accordingly request that this Court enter an order extending the standard time

2  for briefing and argument on NRDC's Motion, as follows:

3         October 29, 2010:                    Defendants' memorandum in opposition.

4         November 12, 2010:                   NRDC's reply memorandum.

5         December 1, 2010, 9:30 a.m.:         Hearing.

6         While the parties do not anticipate the need for any hearing on this Stipulated Request,

7  should the Court wish to hear from the parties, counsel for Defendants respectfully request

8  permission to appear telephonically.

9         A [Proposed] Order is included with this Stipulated Request.

10        Respectfully submitted September 17, 2010,

11

12  /s/ Selena Kyle_____         IGNACIA S. MORENO, Asst. Atty.
    Selena Kyle, SBN 246069                 General
13  NATURAL RESOURCES DEFENSE               SETH M. BARSKY, Acting Section Chief
    COUNCIL                                 KRISTEN L. GUSTAFSON, Assistant
14  111 Sutter Street, 20th Floor           Chief
    San Francisco, CA  94104
15  Telephone:  (415) 875-6100              /s/ Kristen Byrnes Floom_____
    Fax:  (415) 875-6161                    KRISTEN BYRNES FLOOM, Trial
16                                          Attorney
                                            DC Bar No. 469615
17  Aaron Colangelo, admitted *pro hac vice*  U.S. Department of Justice
    NATURAL RESOURCES DEFENSE               Environment & Natural Resources
18  COUNCIL                                 Division
    1200 New York Ave, NW, Suite 400        Wildlife & Marine Resources Section
19  Washington, DC 20005                    P.O. Box 7369
    Telephone:  (202) 289-2376              Washington, D.C. 20044-7369
20  Fax:  (202) 289-1060                    (202) 305-0340 (tel)
                                            (202) 305-0275 (fax)
21                                          Kristen.Floom@usdoj.gov
    Attorneys for Plaintiff
22                                          Attorneys for Defendants

23

24

25

26

27

28

Stipulated Request for Order Extending Time for Briefing and Hearing on Plaintiff's Motion for
Attorneys' Fees and Expenses and [Proposed] Order – Case No. 01-0421 JL          3

1

## [~~PROPOSED~~] ORDER

2       The Court, pursuant to the parties' Stipulated Request, hereby sets the following schedule

3 for briefing and argument on NRDC's September 17, 2010 Motion for Attorneys' Fees and

4 Expenses:

5       October 29, 2010:                Defendants' memorandum in opposition.

6       November 12, 2010:             NRDC's reply memorandum.

7       December 1, 2010, 9:30 a.m.:      Hearing.

8

9 IT IS SO ORDERED.

10 Dated: September ____20____, 2010          _____

11                                         Hon. James Larson
                                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Request for Order Extending Time for Briefing and Hearing on Plaintiff's Motion for
Attorneys' Fees and Expenses and [Proposed] Order – Case No. 01-0421 JL          4